# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWAN THURMOND,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70334

FILED

JUL 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

On May 2, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Edwan Thurmond
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-22127